# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161107(137)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NEW PRODUCTS CORPORATION,
　　　　Plaintiff/Counterdefendant-
　　　　Appellant,

v

HARBOR SHORES BHBT LAND
DEVELOPMENT, LLC,
　　　　Defendant/Counterplaintiff/
　　　　Third-Party Plaintiff-Appellee,

and

HARBOR SHORES GOLF COURSE, LLC,
　　　　Defendant/Counterplaintiff-
　　　　Appellee,

and

WHIRLPOOL CORPORATION, CORNERSTONE
COMMUNITY ASSET FUND, INC., CITY OF
BENTON HARBOR, BENTON CHARTER
TOWNSHIP, and HORIZON BANK,
　　　　Defendants-Appellees,

and

MICHIGAN MAGNET FUND E, LLC,
HORIZON BANCORP, and PNC BANK,
　　　　Defendants,

and

LARRY ALLEN HEALD and HEIDI HEALD,
　　　　Third-Party Defendants.

_____/

SC: 161107
COA: 344211
Berrien CC: 11-000280-CH

　　　　On order of the Chief Justice, the motion of Michigan Realtors to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 6, 2020, is accepted for filing.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk